■ The People of the State of New York, Respondent, v Charles Singletary, Appellant. [724 NYS2d 897] —Appeal by the defendant from a judgment of the Supreme Court, Kings

County (Kreindler, J.), rendered September 10, 1998, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's general motion for a trial order of dismissal did not preserve for appellate review his present challenge to the legal sufficiency of the evidence (*see,* CPL 470.05 [2]; *People v Brown,* 270 AD2d 496; *People v Banks,* 258 AD2d 525, 526). In any event, viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant also failed to preserve for appellate review his contention that certain comments in the prosecutor's summation constituted reversible error (*see, People v Gray,* 86 NY2d 10, 19; *People v Heide,* 84 NY2d 943, 944; *People v Rosario,* 195 AD2d 577). In any event, many if not all of the challenged comments were a fair response to defense counsel's summation (*see, People v Halm,* 81 NY2d 819, 821; *People v Colon,* 122 AD2d 151). To the extent that there may have been error, it was harmless in light of the overwhelming evidence of the defendant's guilt (*see, People v Crimmins,* 36 NY2d 230, 241-242). Altman, J. P., Luciano, H. Miller and Smith, JJ., concur.